UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

MICHAEL BURKS,

Defendant(s).
---------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21 -CR- 35( )( )

**20mj11499**

Defendant __Michael Burks_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

_X_ Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

_/s/ Michael Burks_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Michael Burks_____
Print Defendant's Name

_____
Defendant's Counsel's Signature

_Jason Ser_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_1/20/21_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge