UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

MICHAEL BURKS,

                                               Defendant(s).

-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21-CR-35-PMH

Defendant __Michael Burks_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

___    Initial Appearance Before a Judicial Officer

___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

_X_    Conference Before a Judicial Officer

_/s/ Michael Burks_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Michael Burks_____
Print Defendant's Name

_____
Defendant's Counsel's Signature

_Jason Ser_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

February 8, 2021
_____
Date

_____
U.S. District Judge/~~U.S. Magistrate Judge~~
Hon. Philip M. Halpern